**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **QUIROZ, ISMAEL, JR.** | ) | |
| | ) | **CASE NO. 05 B 56913** |
| | ) | |
| | ) | **JUDGE EUGENE R. WEDOFF** |
| **Debtor(s)** | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **U.S.BANKRUPTCY COURT, 219 S DEARBORN ST. COURTROOM 744**

   On: **SEPTEMBER 11, 2007**

   At: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                        $      4,403.69

   b. Disbursements                                   $          0.00

   c. Net Cash Available for Distribution$   4,403.69

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,100.92 | $ |
| Trustee | $ 0.00 | $ | $ 89.23 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $8,198.86, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $39.19%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Asset Acceptance LLC | $ 724.00 | $ 283.77 |
| 2 | Discover Bank/Discover Financial Services | $ 5,112.71 | $ 2,003.92 |
| 3 | Circuit City Private Label | $ 2,074.09 | $ 812.94 |
| 5 | MBNA America Bank N.A. | $ 288.06 | $ 112.91 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site,

*www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **AUGUST 10,2007**        For the Court,

                                  By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

6913   Doc 28   Filed 08/10/07   Entered 08/12/07 23:32:21   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Aug 10, 2007
Case: 05-56913                Form ID: pdf002          Total Served: 20
```

```
The following entities were served by first class mail on Aug 12, 2007.
db          +Ismael Quiroz, Jr.,   336 Manistee,   Calumet City, IL 60409-1909
aty         +Neal Gainsberg,   Staver & Gainsberg, P C,   120 W Madison St,   Suite 520,
              Chicago, IL 60602-4302
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10363253    +AMC Mortgage Service,   505 City Parkway W.,   Orange, CA 92868-2924
10631348    +Asset Acceptance LLC,   assingee/ SBC,   P.O. Box 2036,   Warren MI 48090-2036
10363260     Bank of America (Visa),   P.O. Box 650260,   Dallas, TX 75265-0260
10363259     Best Buy,   Retail Services,   P.O. Box 17298,   Baltimore, MD 21297-1298
10279124   +++Circuit City Private Label,   Chase Bank USA NA,   P O Box 100018,   Kennesaw, GA 30156-9204
10279123    +Dyck-O'Neal Inc.,   15301 Spectrum, Ste 550,   Addison, TX 75001-4622
10687719    +Dyck-O'Neal, Inc.,   PO Box 13370,   Arlington, TX 76094-0370
10363257    +Household Bank Visa,   P.O. Box 17051,   Baltimore, MD 21297-1051
10363252    +IFSCI,   6500 W. Irving Park Rd.,   Chicago, IL 60634-2454
10279122    +Lowe's,   Capital One,   P.O. Box 85015,   Richmond, VA 23285-5015
10363258     MBNA America,   P.O. Box 15286,   Wilmington, DE 19886-5286
10734691    +MBNA America Bank N.A.,   Mailstop DE5-014-02-03,   PO Box 15168,   Wilmington DE 19850-5168
10363254    +RSHK/CBUSA,   P.O. Box 689183,   Des Moines, IA 50368-9183
10363256     SBC-Michigan,   c/o CFC Financial LLC,   P.O. Box 2036,   Warren, MI 48090-2036
11005859     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480
The following entities were served by electronic transmission on Aug 11, 2007.
10664702     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2007 01:01:34
              Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
10363255     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2007 01:01:34     Discover Titanium Card,
              P.O. Box 30952,   Salt Lake City, UT
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
10363262*   +Dyck-O'Neal Inc.,   15301 Spectrum, Ste 550,   Addison, TX 75001-4622
10363261*   +Lowe's,   Capital One,   P.O. Box 85015,   Richmond, VA 23285-5015
                                                                                          TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2007**          **Signature:** _/s/ Joseph Speetjens_