## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-56913 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** QUIROZ, ISMAEL, JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****47-65 - Money Market Account |
| **Taxpayer ID #:** 13-7505297 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 01/08/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/06 | {1} | Staver & Gainsberg, PC C/o Ismael Quiroz | From Staver & Gainsberg, PC Client Trust Fund Account ~per settlement for interest in cars | 1129-000 | 2,000.00 | | 2,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 0.65 | | 2,000.65 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.27 | | 2,001.92 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.36 | | 2,003.28 |
| 06/20/06 | {4} | Staver & Gainsberg PC | Tax refund for 2005 | 1124-000 | 2,391.00 | | 4,394.28 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.79 | | 4,396.07 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.99 | | 4,399.06 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.99 | | 4,402.05 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 1.64 | | 4,403.69 |
| 09/18/06 | | To Account #********4766 | in preparation of final report | 9999-000 | | 4,403.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,403.69** | **4,403.69** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,403.69 | |
| | | | **Subtotal** | | **4,403.69** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,403.69** | **$0.00** | |

EXHIBIT B

{} Asset reference(s)                                                                                                      Printed: 01/08/2008 12:02 PM    V.9.55

## Form 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-56913 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** QUIROZ, ISMAEL, JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****47-66 - Checking Account |
| **Taxpayer ID #:** 13-7505297 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 01/08/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/18/06 | | From Account #********4765 | in preparation of final report | 9999-000 | 4,403.69 | | 4,403.69 |
| 09/18/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,100.92, Trustee Compensation;  Reference: | 2100-000 | | 1,100.92 | 3,302.77 |
| 09/18/07 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $89.23, Trustee Expenses;  Reference: | 2200-000 | | 89.23 | 3,213.54 |
| 09/18/07 | 103 | Asset Acceptance LLC | Dividend paid  39.19% on $724.00; Claim# 1; Filed: $724.00; Reference: | 7100-000 | | 283.77 | 2,929.77 |
| 09/18/07 | 104 | Discover Bank/Discover Financial Services | Dividend paid  39.19% on $5,112.71; Claim# 2; Filed: $5,112.71; Reference: | 7100-000 | | 2,003.92 | 925.85 |
| 09/18/07 | 105 | Circuit City Private Label | Dividend paid  39.19% on $2,074.09; Claim# 3; Filed: $2,074.09; Reference: | 7100-000 | | 812.94 | 112.91 |
| 09/18/07 | 106 | MBNA America Bank N.A. | Dividend paid  39.19% on $288.06; Claim# 5; Filed: $288.06; Reference: | 7100-000 | | 112.91 | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 4,403.69 | 4,403.69 | $0.00 |
| Less: Bank Transfers | 4,403.69 | 0.00 | |
| **Subtotal** | 0.00 | 4,403.69 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,403.69** | |

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-56913 ERW | **Trustee:** DAVID P. LEIBOWITZ (330570) |
| **Case Name:** QUIROZ, ISMAEL, JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*47-66 - Checking Account |
| **Taxpayer ID #:** 13-7505297 | **Blanket Bond:** $5,000,000.00   (per case limit) |
| **Period Ending:** 01/08/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :         4,403.69

Net Estate :         $4,403.69

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*47-65** | 4,403.69 | 0.00 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*47-66** | 0.00 | 4,403.69 | 0.00 |
| | $4,403.69 | $4,403.69 | $0.00 |

{} Asset reference(s)                                                                             Printed: 01/08/2008 12:02 PM   V.9.55